

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C., a minor by and through Samuel H. Park, Guardian ad litem; A.E.1 a minor by and through Samuel H. Park, (See attachment for addt'l Plaintiffs)<br>**Plaintiff,**<br>V.<br>Erica Cortez, an individual; Kate Jones, an individual; The County of San Diego, a public entity; Does 1 through 30, inclusive<br>**Defendant.** | Civil Action No.  18-cv-2227-AJB-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion to dismiss. (Doc. No. 28.) The Court simply cannot find a constitutional violation under current precedent. Plaintiffs' cornerstone case, of which their arguments rests, does not establish a brightline rule. Accordingly, the Court dismisses the individual claims as well as the Monell claim. Furthermore, the Courts finds amendment would be futile as the crux of Plaintiffs' legal theory cannot bear weight. The Court DIRECTS the Court Clerk to close the case.

Date:    7/23/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Corsello

A. Corsello, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18-cv-2227-AJB-AGS

Guardian ad litem; A.E.2, a minor by and through Samuel H. Park, Guardian ad litem,

Plaintiffs.

_____

Esq. Samuel H. Park,

Guardian Ad Litem.